PER CURIAM.
Affirmed. See State v. Bowden, 538 So.2d 83 (Fla. 2d DCA 1989); United States v. Lara, 638 F.2d 892 (5th Cir.1981); United States v. Beck, 602 F.2d 726 (5th Cir.1979); United States v. Maryland, 479 F.2d 566 (5th Cir.1973); Lawrence v. Henderson, 478 F.2d 705 (5th Cir.1973); cf. Freyre v. State, 362 So.2d 989, 991 (Fla. 3d DCA 1978), cert. denied, 372 So.2d 468 (Fla.1979), 444 U.S. 857, 100 S.Ct. 118, 62 L.Ed. 2d 76 (1979).